■ RUSSELL J. HAHN, Appellant, v STATE OF NEW YORK et al., Respondents. [605 NYS2d 992] —Order unanimously modified on the law and as modified affirmed without costs in accordance with same Memorandum as in *Ferrick v State of New York* (198 AD2d 822 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Sedita, J.—Dismiss Complaint.) Present—Denman, P. J., Green, Balio, Boomer and Boehm, JJ.